

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00028-CV

_____

PARIS SNF, LLC D/B/A HERITAGE HOUSE AT
PARIS REHAB & NURSING, Appellant

V.

BRENDA SHEETZ AND RONALD HILL, Appellees

On Appeal from the 62nd District Court
Lamar County, Texas
Trial Court No. 90535

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted.  *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     July 12, 2022
Date Decided:       July 13, 2022